**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **OLOUMI SIAMAK,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 09-00115-CG-B** |
| | : | |
| **TOMMY BUFORD,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be  and is hereby

dismissed as moot.

**DONE** this 16th day of July,  2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE